## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOEL RABIN, | ) |
| | ) |
| Plaintiff, | )   Civil Case No. 17-cv-378-JHP-JFJ |
| | ) |
| v. | ) |
| | ) |
| THE U.S. ARMY CORPS OF ENGINEERS, | ) |
| | ) |
| ANDREW R. COMMER, in his official Capacity as Regulatory Office Chief USACE Tulsa District, | ) |
| | ) |
| BARTLESVILLE INVESTMENT PARTNERS, LLC, | ) |
| | ) |
| GBT REALTY CORPORATION, and | ) |
| | ) |
| BARTLESVILLE DEVELOPMENT AUTHORITY, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL
## (WITH PREJUDICE)

Plaintiff Joel Rabin and Defendants Bartlesville Investment Partners, LLC; GBT Realty Corporation; and Bartlesville Development Authority, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement between them, to the Dismissal With Prejudice of this action, thereby concluding this matter in its entirety.

**SO STIPULATED**, this the 3rd day of October, 2017.

Respectfully submitted,

/s/ Jason B. Aamodt
Jason B. Aamodt, OBA No.16974
Krystina E. Phillips OBA No. 30111
Dallas L.D. Strimple OBA No. 30226
Matthew D. Alison OBA No. 32723
INDIAN AND ENVIRONMENTAL
LAW GROUP, PLLC
9 East 4th St. S., Suite 204
Tulsa, Oklahoma 74103
Tel: (918) 347-6169

*Attorneys for Joel Rabin*

and

/s/ S. Douglas Dodd
S. Douglas Dodd, OBA No. 2389
Linda C. Martin, OBA No. 5732
Michael S. Linscott, OBA No. 17266
DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.
Two West Second Street, Suite 700
Tulsa, Oklahoma 74103
Tel: (918) 582-1211

*Attorneys for Bartlesville Development Authority, Bartlesville Investment Partners, LLC and GBT Realty Corporation*